Alphonzo TAYLOR, Sr., Plaintiff—
Appellant,

v.

Gene JOHNSON; William Rogers; Mar-
ilyn Hill; Tammy Estep; Department
of Corrections, Defendants—Appel-
lees.

No. 06–1566.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 31, 2006.

Decided: Sept. 5, 2006.

Alphonzo Taylor, Sr., Appellant Pro Se. Guy Winston Horsley, Jr., Assistant Attorney General, Gregory Clayton Fleming, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alphonzo Taylor, Sr., appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Taylor v. Johnson,* No. 3:05–cv–00887–JRS (E.D.Va. Apr. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*